No. 00–9722. HALL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–10149. YUNG-MING CHEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10231. CRAWFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10373. MARTIN v. UNITED STATES; and
No. 00–10664. HAMILTON, AKA BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 1 Fed. Appx. 174.

No. 00–10604. ROSS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10760. HOLBERG, AKA JOHNSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–40. COLWELL v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–62. COX ET AL. v. CITY OF WICHITA FALLS ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–77. HETREED v. ALLSTATE INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 01–86. SLINGER DRAINAGE v. ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 01–167. JACKSON ET UX. v. WEST TELEMARKETING CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–253. ORR ET AL. v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 01–271. NORTHWEST VILLAGE LIMITED PARTNERSHIP ET AL. v. FRANKE ET AL. C. A. 8th Cir. Certiorari denied.